Ramos, E.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 7/5/2017
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEI QIN, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EARTHWHILE ENDEAVORS, INC.,<br><br>Defendant. | Case No. 17-cv-02271-ER<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff **LEI QIN**, by counsel and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby voluntarily dismisses this action with prejudice, each party to bear its own costs.

**SO STIPULATED:**

**BACKES & HILL, LLP**

*/s/ Seth Lapidow/*

Seth J. Lapidow, Esq.
3131 Princeton Pike
Building 5, Suite 114
Lawrenceville, New Jersey 08648
Telephone: (609) 396-8257
Facsimile: (609) 895-2933
lapidow@backesandhill.com

150313.00601/105866099v.1

**BLANK ROME LLP**
*A Pennsylvania LLP*

*/s/ Michael A. Rowe*

Michael A. Rowe, Esq.
New Jersey Resident Partner
301 Carnegie Center, 3rd Floor
Princeton, New Jersey 08540
Telephone: (609) 750-2659
Facsimile: (609) 897-7297
MRowe@BlankRome.com

***Attorneys for defendant***
***Earthwhile Endeavors, Inc.***

**LAW OFFICES OF**
**MARK SCHLACHET**

*/s/ Mark Schlachet*

Mark Schlachet, Esq.
3515 Severn Road
Cleveland, Ohio 44118
Telephone: (216) 225-7559
Facsimile: (216) 932-5390
markschlachet@me.com

***Attorney for Plaintiff***

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: 7/5/2017
New York, New York